UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-02160-MEMF-ACCV** | Date: | August 4, 2026 |
| Title: | ***Vivian A. Earle v. Warden Ball*** | | |

Present: The Honorable Angela C. C. Viramontes, United States Magistrate Judge

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE RE FILING OF NOTICE OF APPEARANCE**

On February 20, 2026, Petitioner Vivian A. Earle ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 (Electronic Case Filing Number ("ECF No.") 1.) On June 23, 2026, the Court issued an Order Requiring Response to Petition (ECF No. 16). In that Order, the Court required respondent to file and serve a notice of appearance notifying the Court of the name of the attorney who will have principle charge of the case, within fourteen (14) days of the service date of the court's Order.

As of today, Respondent has not filed a Notice of Appearance. Accordingly, within **fourteen (14)** days of the date of this Order, Respondent is **ORDERED TO SHOW CAUSE**, in writing, why Respondent has failed to comply with the Court's order. Filing a Notice of Appearance by the deadline will automatically discharge this Order.

**IT IS SO ORDERED.**